JOSHUA S. GOODMAN - State Bar #116576
PAIGE P. YEH - State Bar #229197
JENKINS GOODMAN NEUMAN & HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Plaintiff
HOME DEPOT U.S.A., INC.

UNITED STATE DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOME DEPOT U.S.A., INC.,<br><br>                    Plaintiff,<br><br>vs.<br><br>UNITED STATES FIDELITY and GUARANTY COMPANY, TRAVELERS INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>                    Defendants. | No. 08-02713 SC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT TRAVELERS INSURANCE COMPANY**<br><br>**[FRCP § 41(a)(1)(A)(i)]** |

Pursuant to Federal Rules of Civil Procedure section 41(a)(1)(A)(i), please take notice that Plaintiff HOME DEPOT U.S.A., INC. hereby voluntarily dismisses without prejudice Defendant TRAVELERS INSURANCE COMPANY, who has not filed an answer or motion for summary judgment, from the above-captioned case.

DATED: August 29, 2008        JENKINS GOODMAN NEUMAN
                              & HAMILTON LLP


                              By: ___/s/_____
                                  JOSHUA S. GOODMAN
                                  PAIGE P. YEH
                                  Attorneys for Plaintiff
                                  HOME DEPOT U.S.A., INC.

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

-1-
NOTICE OF VOLUNTARY DISMISSAL (C 08-2713 SC)