UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

 C-08-2713              SAMUEL CONTI              DATE 9/5/08
Case Number             Judge

Title: HOME DEPOT                    vs UNITED STATES FIDELITY, et al.

Attorneys: ZACK TOLSON          MARC DEREWETZKY

Deputy Clerk: T. De Martini    Court Reporter: Katherine Sullivan

Court   Pltf's   Deft's
(xxx)   (   )    (   )   1. Status Conference - Held

(   )   (   )    (   )   2.

(   )   (   )    (   )   3.

(   )   (   )    (   )   4.

(   )   (   )    (   )   5.

(   )Motion(s): (   )Granted   (   )Denied   (   )Withdrawn

(   )Granted/Denied   (   )Off Calendar   (   )Submitted

Order to be Prepared by:(   )Pltf   (   )Deft   (   )Court

Discovery Cutoff: 3/4/09      Pretrial Statements Due

Case Continued to 5/1/09 @ 10:00 A.M.      for Pretrial Conference

Case Continued to 5/4/09 @ 9:30 A.M.       for Court Trial

Case Continued to                          for Further Status Conference

Case Continued to 4/3/09 @ 10:00 A.M.   for Motions

CASE REFERRED TO U.S. MAGISTRATE

for

Opening Briefs           Answer           Reply

Deemed Submitted on

ORDERED AFTER HEARING: CASE REFERRED TO HYBRID ADR