1  JOSHUA S. GOODMAN - State Bar #116576
   PAIGE P. YEH - State Bar #229197
2  JENKINS GOODMAN NEUMAN & HAMILTON LLP
   417 Montgomery Street, 10th Floor
3  San Francisco, California  94104
   Telephone:  (415) 705-0400
4  Facsimile:  (415) 705-0411

5  Attorneys for Plaintiff
   HOME DEPOT U.S.A., INC.
6
   MARC J. DEREWETZKY – State Bar # 130944
7  MORISON ANSA HOLDEN ASSUNCAO & PROUGH, LLP
   1550 Parkside Drive, Third Floor
8  Walnut Creek, CA 94596
   Phone (925) 974-5107
9  Fax (925) 937-3272

10 Attorneys for Defendant
   UNITED STATES FIDELITY AND GUARANTY COMPANY

11                          UNITED STATE DISTRICT COURT
12
                         THE NORTHERN DISTRICT OF CALIFORNIA
13

| HOME DEPOT U.S.A., INC., | No. 08-02713 SC |
|---|---|
| Plaintiff, | **(AMENDED) STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO CONDUCT EARLY NEUTRAL EVALUATION** |
| vs. | |
| UNITED STATES FIDELITY and GUARANTY COMPANY, TRAVELERS INSURANCE COMPANY, and DOES 1 through 10, inclusive, | |
| Defendants. | |

  Pursuant to Civil L.R. 6-2 and 16-10(c) and ADR L.R. 5-5, and for the reasons set forth in the accompanying Declaration of Counsel, Plaintiff Home Depot U.S.A., Inc. ("Plaintiff") and Defendant United States Fidelity and Guaranty Company ("Defendant") stipulate that the deadline for them to conduct an early neutral evaluation ("ENE") should be extended until February 1, 2009.  The parties further stipulate that:

  1.   On September 5, 2008, this Court referred this case to ENE and ordered the parties to conduct the session by December 3, 2008;

2. On October 23, 2008, Christopher Johns, the early neutral evaluator, Plaintiff, and Defendant, agreed that extending the deadline to conduct ENE would give Plaintiff and Defendant the opportunity to more meaningfully prepare for and participate in the session.

3. An ENE has been scheduled for January 6, 2009.

4. There have been no previous time modifications in this case.

5. Extending the deadline to conduct the ENE will not affect the other events in the Court's September 5, 2008 order scheduling trial and pre-trial matters.

DATED: November 10, 2008        MORISON ANSA HOLDEN ASSUNCAO & PROUGH, LLP

By: /s/
MARC J. DEREWETZKY
Attorneys for Defendant
UNITED STATES FIDELITY AND GUARANTY COMPANY

DATED: November 10, 2008        JENKINS GOODMAN NEUMAN & HAMILTON LLP

By: /s/
JOSHUA S. GOODMAN
PAIGE P. YEH
Attorneys for Plaintiff
HOME DEPOT U.S.A., INC.

[~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION,
IT IS SO ORDERED**.

DATED: November 12, 2008

IT IS SO ORDERED
Judge Samuel Conti

_____
UNITED STATES DISTRICT JUDGE

-2-
STIPULATION & ORDER TO EXTEND ENE DEADLINE
Case No. 08-02713 SC

Jenkins Goodman Neuman & Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA 94104
(415) 705-0400

# DECLARATION OF COUNSEL

I, Joshua S. Goodman, declare as follows:

1. I am a partner in the law firm of Jenkins Goodman Neuman & Hamilton, LLP, attorneys of record herein for Plaintiff. I am familiar with the events below either through my own personal experience or from my review of case documents provided to me and attached hereto. Therefore, I am able to competently testify to the following.

2. On September 5, 2008, this Court referred this case to ENE and ordered the parties to conduct the session by December 3, 2008;

3. On October 23, 2008, Christopher Johns, the early neutral evaluator, Plaintiff, and Defendant, agreed that extending the deadline to conduct ENE would give Plaintiff and Defendant the opportunity to more meaningfully prepare for and participate in the session.

4. An ENE has been scheduled for January 6, 2008.

5. There have been no previous time modifications in this case.

6. Extending the deadline to conduct the ENE will not affect the other events in the Court's September 5, 2008 order scheduling trial and pre-trial matters.

7. I obtained the concurrence of Defendant's counsel, Marc J. Derewetzky, in the filing of this document. I will maintain records to show this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of this action (including appeal, if any).

DATED: November 10, 2008

/s/
JOSHUA S. GOODMAN

///

///

Jenkins Goodman Neuman & Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA 94104
(415) 705-0400